IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § § § | |
| Plaintiff | § § | |
| V. | § § | Civil Action No. 6:20-cv-00355-ADA |
| SCRIPPS MEDIA, INC., | § § § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendant Scripps Media, Inc., hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton Hutcherson
Kenton J. Hutcherson, Esq.
Texas Bar No. 24050798
Hutcherson Law PLLC
3400 Oak Grove Avenue, Suite 350
Dallas, Texas 75204
Tel: (214) 443-4200
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

**HAYNES AND BOONE, LLP**

/s/ Wesley Lewis
Wesley Lewis, Esq.
Texas Bar No. 24106204
Haynes and Boone, LLP
600 Congress Avenue, Suite 1300
Austin, TX 78701
Telephone: (512) 867-8400
Email: wesley.lewis@haynesboone.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participants:

Wesley Lewis, Esq.
Haynes and Boone, LLP
600 Congress Avenue
Austin, TX 78701
Telephone: (512) 867-8400
Email: wesley.lewis@haynesboone.com

Attorney for Defendant

/s/ Kenton Hutcherson
Kenton J. Hutcherson, Esq.
